UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-22969-KMM

ELIZABET JEREZ, WANDA ADORNO and
RONALD HUND,

    Plaintiffs,

v.

SURFSIDE COFFEE COMPANY, LLC and
CHRISTOPHER MELLGREN,

    Defendants.

_____/

## DEFENDANT'S NOTICE OF FILING SETTLEMENT AGREEMENT

    Defendant, SURFSIDE COFFEE COMPANY, LLC and CHRISTOPHER MELLGREN by and through the undersigned counsel, files this **Notice of Filing Settlement Agreement** with the Clerk of the Court in the above-referenced matter.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of August, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

                                    COLE, SCOTT & KISSANE, P.A.
                                    *Counsel for Defendant SURFSIDE COFFEE*
                                    *COMPANY, LLC and CHRISTOPHER MELLGREN*
                                    Cole, Scott & Kissane Building
                                    9150 South Dadeland Boulevard, Suite 1400
                                    P.O. Box 569015
                                    Miami, Florida 33256
                                    Telephone (786) 268-6415
                                    Facsimile (305) 373-2294

CASE NO.: 1:17-cv-22969-KMM

Primary e-mail: cody.german@csklegal.com
Secondary e-mail: rebecca.anguiano@csklegal.com

By: s/ John C. German
JOHN CODY GERMAN
Florida Bar No.: 58654

0432.0278-00/11147391